MEGA AMALGAMET CORP.
DEFERRED COMPENSATION
9/27/03

| Line No | | (1) RICK | (2) RUSS | (3) BUCK |
|---|---|---|---|---|
| 2 | COMPENSATION | 128,450 | 87,550 | 87,410 |
| 3 | MEDICAL FDS | 2,000 | 10,000 | 8,000 |
| 5 | TOTAL | 130,450 | 97,550 | 97,410 |
| 6 | PER AGREEMENT | 80% | 80% | 80% |
| 8 | AVERAGE COMPENSATION | 104,360 | 78,040 | 78,088 |
| 10 | INFLATION | 3% | 3% | 3% |
| 12 | YEARS TO RETIREMENT | 7 (50) | 7 (42) | 35 (42) |
| 14 | FUTURE COMPENSATION | 128,350 | 85,950 | 144,836 |
| 16 | FUTURE VALUE | 1,385,500 | 957,800 | 1,410,300 |
| 18 | TERM | 20 | 20 | 20 |
| 20 | RISK FREE RATE | 5.0% | 5.0% | 5.0% |
| 22 | PRESENT VALUE (@ Retirement) | 741,009 | 483,198 | 839,725 |
| 24 | TODAY'S PRESENT VALUE (3%) | 608,383 | 391,551 | 124,445 |
| 27 | ANNUAL PROVISIONS | 76,483 | 45,930 | 31,203 | 122 |
| 30 | PER RICK LAMBRECHT | | | |
| 31 | ANNUAL PAYMENT | 96,272 | 71,992 | |
| 32 | TERM | 7 YRS | 7 YRS | |
| 34 | FUTURE VALUE | 775,904 | 580,544 | |
| | TERM | 54 mo | 84 mo | |
| | RISK FREE RATE | 5.0% | 5.0% | |
| | PRESENT VALUE @ RETIREMENT | 475,238 | 355,382 | |
| | MONTHS TO RETIREMENT | 84 | 84 | |
| | MONTHLY PROVISION | 5,658 | 4,231 | |

PROJECTED RETIREMENT DATE

| Line No | | Rick | Russ | Buck |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Compensation | 129,450 | 87,550 | 89,640 |
| 3 | Director Fee's | 10,000 | 10,000 | 8,000 |
| 4 | | | | |
| 5 | Total | 139,450 | 97,550 | 97,640 |
| 6 | Per Agreement | 80% | 80% | 80% |
| 7 | | | | |
| 8 | Average Compensation | 109,360 | 78,040 | 78,088 |
| 9 | | | | |
| 10 | Inflation | 3% | 3% | 3% |
| 11 | | | | |
| 12 | Years to Retirement | 7 (57) | 7 (62) | 20 (42) |
| 13 | | | | |
| 14 | Future Compensation | 128,350 | 95,970 | 141,036 |
| 15 | | | | |
| 16 | Future Value | 1,283,500 | 959,800 | 1,410,360 |
| 17 | | | | |
| 18 | Term | 120 | 120 | 120 |
| 19 | | | | |
| 20 | Risk Free Rate | 5.0% | 5.0% | 5.0% |
| 21 | | | | |
| 22 | Present Value (@ Retirement) | 746,069 | 186,198 | 839,725 |
| 23 | | | | |
| 24 | Today's Present Value (3%) | 668,383 | 96,557 | 464,465 |
| 25 | | | | |
| 26 | | | | |
| 27 | Annual Provisions | 75,483 | 65,236 | 3,203 |
| 28-39 | | | | |
| 40 | Projected Retirement Date | 9/30/10 | 9/30/10 | 9/30/23 |

MEGA MANAGEMENT CORP.
DEFERRED COMPENSATION
9/27/03

000218