IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN HOPKINS,

    Plaintiff,

v.

MEGA-MANAGEMENT CORPORATION
and MEGA-MANAGEMENT 401(K)
PLAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-111-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Brian Hopkins granting his motion for partial summary judgment as to Count I of the complaint and declaring that he met the eligibility requirements under ¶ 5(a) of the 2004 Agreement when his employment with defendant Mega-Management Corporation was terminated.

    IT IS FURTHER ORDERED AND ADJUDGED that defendant Mega-Management 401(k) Plan is dismissed from this case. The court declines to exercise supplemental jurisdiction over Count II of the complaint and dismisses that claim without prejudice for lack of jurisdiction.

Approved as to form this 23rd day of March, 2012.

_____
William M. Conley, District Judge

_____
Peter Oppeneer, Clerk

3-23-12
Date